UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INA NA,

          Plaintiff,

      v.

USCIS, et al.,

          Defendants.

Case No. 26-cv-04467-TSH

**ORDER FOR PLAINTIFF TO FILE STATEMENT RE: IN FORMA PAUPERIS APPLICATION**

Re: Dkt. No. 3

Plaintiff Ina Na initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 3). Under 28 U.S.C. § 1915(a)(1), a district court may authorize the commencement of a civil action in forma pauperis if it is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. Additionally, if the complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief, the Court may directed service by the U.S. Marshal upon Defendants. *See* 28 U.S.C. § 1915(e)(2).

Plaintiff also paid the $405 filing fee and filed a proposed summons, which the Clerk of Court has issued. ECF Nos. 2, 4-5. As such, it is unclear if Plaintiff's in forma pauperis application is moot. Accordingly, the Court **ORDERS** Plaintiff to file a statement by June 2, 2025 clarifying whether Plaintiff still seeks to proceed in forma pauperis.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2